**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00361-LTB-BNB

CAROLYN AND RALPH LUNDGREN on behalf of Ruel C. Lundgren,

    Plaintiffs,

v.

HOLLYWOOD ENTERTAINMENT CORPORATION,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the letter from Plaintiffs filed pro se which is construed as a Motion to Dismiss (Doc 4 - filed March 19, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: May 8, 2008